**BERKELEY FEDERAL SAVINGS BANK v. TERRA DEL SOL, INC.**

[342 N.C. 639 (1996)]

AFFIRMED.

---

BERKELEY FEDERAL SAVINGS BANK (F/K/A BERKELEY FEDERAL SAVINGS AND LOAN ASSOCIATION), A FEDERALLY CHARTERED SAVINGS BANK V. TERRA DEL SOL, INC., A KENTUCKY CORPORATION, STEVEN K. SMITH, A NATURAL PERSON; LINDEN-WOOD LAND COMPANY, LTD., A KENTUCKY LIMITED PARTNERSHIP; ILEX PROPERTY SERVICES, INC., A KENTUCKY CORPORATION; HORIZON RESORTS, INC., A NORTH CAROLINA CORPORATION; FOXFIRE RESORTS, INC., A NORTH CAROLINA CORPORATION; FIRST RESORT PROPERTIES OF N.C., INC., A NORTH CAROLINA CORPORATION; RANCH RESORTS OF N.C., INC., A NORTH CAROLINA CORPORATION; GULF COAST LAND COMPANY, AN ADMINISTRATIVELY DISSOLVED FLORIDA CORPORATION, AND PREMIER RESORTS, INC., AN INVOLUNTARILY DISSOLVED MASSACHUSETTS CORPORATION

No. 271PA95

(Filed 9 February 1996)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, 119 N.C. App. 249, 457 S.E.2d 736 (1995), reversing an order dismissing plaintiff's action entered by Hooks, J., on 12 April 1994 in Superior Court, Moore County, and remanding this case to the trial court. Heard in the Supreme Court 15 December 1995.

*Brown & Bunch, by Charles Gordon Brown and Scott D. Zimmerman, for plaintiff-appellee.*

*Patton Boggs, L.L.P., by Eric C. Rowe and Allen Holt Gwyn, for defendant-appellants.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.